| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**David H. Chung**<br>**111 N. First Street**<br>**Suite 209**<br>**Burbank, CA 91502**<br>**(818) 305-6200 Fax: (818) 394-6029**<br>**246699 CA**<br>**david@macleanchung.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Justin L Ignacio**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 9-22-2025    Justin L Ignacio    /s/ [signature]
                   Printed name of Debtor 1    Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1002-1.EMP.INCOME.DEC